DEMOCRACY FORWARD

**Gregory Cumming <gcumming@democracyforward.org>**

---

# Re: [EXTERNAL] Re: New Mexico Wildlife Federation, et al. v. United States Department of Interior, et al.

1 message

---

**Gregory Cumming** <gcumming@democracyforward.org> Tue, Oct 20, 2026 at 9:17 PM
To: "Ortega, Roberto (USANM)" <Roberto.Ortega@usdoj.gov>
Cc: Mark Baker <mbaker@peiferlaw.com>, Lesley Farby <lfarby@democracyforward.org>, "Langenwalter, Erin (USANM)" <Erin.Langenwalter@usdoj.gov>, "Jacques H. Chouinard" <jchouinard@peiferlaw.com>

Roberto,
Thanks for your response, and for providing your position as to our proposal While we appreciate that DOJ has not yet finalized staffing for this matter, for the reasons stated in my earlier email we intend to proceed with asking the Court to set a schedule for expeditious resolution of this case. We'll forward you a copy of our motion once it is on file tomorrow.
Thanks.

Greg

**Gregory Cumming**
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Cell:** (202) 808-4015
**Email:** gcumming@democracyforward.org
Website: democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

Charity Navigator FOUR-STAR

On Tue, Oct 20, 2026 at 4:01 PM Ortega, Roberto (USANM) <Roberto.Ortega@usdoj.gov> wrote:

> Hello Greg and Mark – I am back in the office today and am just catching up on emails. As you have noted, this case involves agency action that is subject to review under the APA pursuant to the *Olenhouse* decision. Please note that when I received the complaint, I sent it to DOJ Federal Programs which is looking at staffing it, but no decisions have been made at this point. Once that decision occurs, the assigned attorney(s) should reach out to confer regarding your proposed scheduling. I am therefore not in a position to agree to any briefing schedule. Moreover, in the 10th Circuit, these matters are typically set for a scheduling conference before the assigned judge, and in my experience the court usually endorses the proposed schedule that the parties work out.

I appreciate your patience and consideration as we await a decision from DOJ.

Thanks in advance,

*Roberto D. Ortega*

AUSA & Civil Chief

U.S. Attorney's Office

District of New Mexico

201 3rd St. N.W., Suite 900

Albuquerque, New Mexico 87102

505-224-1519 (O)

505-681-4246 (C)

---

**From:** Gregory Cumming <gcumming@democracyforward.org>
**Sent:** Tuesday, October 20, 2026 1:03 PM
**To:** Mark Baker <mbaker@peiferlaw.com>
**Cc:** Ortega, Roberto (USANM) <Roberto.Ortega@usdoj.gov>; Lesley Farby <lfarby@democracyforward.org>; Langenwalter, Erin (USANM) <Erin.Langenwalter@usdoj.gov>; Jacques H. Chouinard <jchouinard@peiferlaw.com>
**Subject:** [EXTERNAL] Re: New Mexico Wildlife Federation, et al. v. United States Department of Interior, et al.

Roberto,

Recognizing you were out on Friday, please let us know if you have a response to our proposal below.  Thanks.

Greg

**Gregory Cumming**
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Cell:** (202) 808-4015
**Email:** gcumming@democracyforward.org
Website: democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Fri, Oct 16, 2026 at 6:28 PM Gregory Cumming <gcumming@democracyforward.org> wrote:

Roberto,

Following up, my understanding is service should now be complete on Defendants.  Please let us know if you have any response to our proposed schedule.  Thanks.

Greg

**Gregory Cumming**
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Cell:** (202) 808-4015
**Email:** gcumming@democracyforward.org
Website: democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Wed, Oct 14, 2026 at 8:00 PM Gregory Cumming <gcumming@democracyforward.org> wrote:

Roberto,
Following up on Mark's email from last week, we'd like to work with you (or whoever on your team will be taking the lead on this case) to establish a schedule for this matter. Given the ongoing harms to our clients, we seek expeditious resolution. However, in lieu of seeking preliminary relief, we are willing to agree to a briefing schedule that would allow the parties to expedtiously but fully brief the issues over the next few months. We would like to reach agreement on a joint schedule if possible, but reserve the right to move the Court to enter a schedule unilaterally and/or to seek preliminary relief if necessary.

In keeping with the Tenth Circuit's instruction that "[r]eviews of agency action in the district courts must be processed as *appeals," Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560, 1580 (10th Cir. 1994), we propose a schedule that provides for prompt production of the administrative record, followed by merits briefing. *See WildEarth Guardians v. U.S. Forest Serv.*, 668 F. Supp. 2d 1314, 1323 (D.N.M. 2009). The below schedule roughly tracks the deadlines set forth in the Federal Rules of Appellate Procedure relevant to a petition for review of agency action. *See Olenhouse*, 42 F.3d at 1580.

- Defendants serve and lodge the administrative record: November 13, 2026
- Plaintiffs' opening brief/MSJ: December 17, 2026
- Defendants' response: January 21, 2027
- Plaintiffs' reply: February 4, 2027

Please let us know if you agree to the proposed schedule, or have any requested modifications to the above dates.

Best,

Greg

**Gregory Cumming**
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Cell:** (202) 808-4015
**Email:** gcumming@democracyforward.org
Website: democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately*

*advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

On Thu, Oct 8, 2026 at 3:09 PM Mark Baker <mbaker@peiferlaw.com> wrote:

> Good afternoon, Roberto. I hope you're doing well. Attached is a courtesy copy of the complaint my firm filed today with Democracy Forward on behalf of the New Mexico Wildlife Federation, Battalion Search and Rescue, and Southern Border Communities Coalition. I've copied my co-counsel, Greg Cumming and Lesley Farber, on this email.
>
> We wanted to give you a heads up that it is on file. Let us know if you have questions or want to discuss the dispute.
>
> Thanks,
>
> Mark